■ GERARD D. DE SANTIS, Appellant, v ROBERT ROMEO et al., Respondents.—Motion by the appellant at oral argument of an appeal from an order of the Supreme Court, Nassau County, dated February 1, 1990, for leave to withdraw the appeal as academic.

Ordered that the motion is granted and the appeal is deemed withdrawn, without costs or disbursements (see, De Santis v Romeo, 177 AD2d 616 [decided herewith]). Mangano, P. J., Harwood, Eiber and O'Brien, JJ., concur.